IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ANTIONE ZENO JONES                                              PLAINTIFF

v.                        Case No. 08-6035

SHERIFF LARRY SANDERS;
DEPUTY DUNN and
CAPTAIN STEED                                                  DEFENDANTS

## ORDER

　　Now on this 7th day of August 2009, there comes on for consideration the report and recommendation filed herein on July 20, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 20). The parties filed no objections.

　　The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motion for Summary Judgment (Doc. 14) is GRANTED as to Plaintiff's denial of medical care claims, excessive force claims and inadequate grievance procedure claims, and these claims are DISMISSED WITH PREJUDICE. Defendants' Motion is DENIED as to Plaintiff's claim that he was subjected to unconstitutional conditions of confinement.

　　IT IS SO ORDERED.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge