```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

ANTIONE ZENO JONES                                      PLAINTIFF


        v.              Civil No. 08-6035


SHERIFF LARRY SANDERS;
DEPUTY DUNN and
CAPTAIN STEED                                          DEFENDANTS

**ORDER**

Now on this 26th day of May 2010, there comes on for consideration the report and recommendation filed herein on May 5, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 43). The parties have not filed written objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, judgment is entered in favor of Defendants, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge

AO72A
(Rev. 8/82)